# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>APTAR PHARMA, A DIVISION OF APTAR GROUP, INC.,<br><br>Defendant. | Adv. Proc. No. 25-50244 (KBO) |

## NOTICE OF SERVICE

I, Evan T. Miller, hereby certify that, on July 11, 2025, a copy of the Plaintiff's Initial Disclosures was served via E-Mail on the party below:

| | |
|---|---|
| ***E-Mail***<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, Illinois 60603<br>Attn: Ryan Fink and Daniela Rakowski<br>Email: ryan.fink@sidley.com and drakowski@sidley.com | |

**SAUL EWING LLP**

By: */s/ Evan T. Miller*
    Evan T. Miller (DE Bar No. 5364)
    Paige N. Topper (DE Bar No. 6470)

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

        1201 N. Market Street, Suite 2300
        Wilmington, DE 19801
        Telephone:  (302) 421-6800
        evan.miller@saul.com
        paige.topper@saul.com

        and

        Michelle G. Novick (admitted pro hac vice)
        161 North Clark Street, Suite 4200
        Chicago, IL 60601
        Telephone: (312) 876-7899
        michelle.novick@saul.com

        and

        Turner N. Falk (admitted pro hac vice)
        1500 Market Street, 38th Floor
        Philadelphia, PA 19102
        Telephone: (215) 972-8415
        turner.falk@saul.com

        *Counsel to Plaintiff*

Dated: July 14, 2025