IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.,*<br><br>                Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>                Plaintiff,<br><br>                v.<br><br>APTAR PHARMA, a Division of APTAR GROUP, INC.,<br><br>                Defendant. | Adv. Proc. No. 25-50244 (KBO) |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of July, 2025, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Defendant's Answer and Affirmative Defense to Plaintiff's Complaint for Avoidance and Recovery of Transfers Pursuant to 11 U.S.C. §§ 547, 548 & 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502* upon the parties that are registered to receive notice via the Court's CM/ECF notification system and an additional service was competed via electronic mail on the parties listed below.

                SAUL EWING LLP
                Evan T. Miller, Esq.
                Paige N. Topper, Esq.
                1201 N. Market Street, Suite 2300
                Wilmington, DE 19801
                evan.miller@saul.com
                paige.topper@saul.com

17441073/1

2

and

Michelle G. Novick, Esq.
161 North Clark Street, Suite 4200
Chicago, IL 60601
michelle.novick@saul.com

and

Turner N. Falk, Esq.
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-8415
turner.falk@saul.com

*Counsel to Plaintiff*

      */s/ Tara C. Pakrouh*
      Tara C. Pakrouh (DE Bar No. 6192)