# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>APTAR PHARMA, A DIVISION OF APTAR GROUP, INC.,<br><br>Defendant. | Adv. Proc. No. 25-50244 (KBO) |

## NOTICE OF SERVICE

I, Evan T. Miller, hereby certify that, on July 28, 2025, a copy of the *Plaintiff's First Set of Interrogatories, Request for Production of Documents and Requests for Admissions* was served via E-Mail on the parties below:

| *E-Mail* | *E-Mail* |
|---|---|
| Sidley Austin LLP<br>One South Dearborn<br>Chicago, Illinois 60603<br>Attn: Ryan Fink and Daniela Rakowski<br>Email: ryan.fink@sidley.com and drakowski@sidley.com | Tara C. Pakrouh<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, Delaware 19801<br>tpakrouh@morrisjames.com |

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

**SAUL EWING LLP**


By: */s/ Evan T. Miller*

 Evan T. Miller (DE Bar No. 5364)
 Paige N. Topper (DE Bar No. 6470)
 1201 N. Market Street, Suite 2300
 Wilmington, DE 19801
 Telephone:  (302) 421-6800
 evan.miller@saul.com
 paige.topper@saul.com

 and

 Michelle G. Novick (admitted pro hac vice)
 161 North Clark Street, Suite 4200
 Chicago, IL 60601
 Telephone: (312) 876-7899
 michelle.novick@saul.com

 and

 Turner N. Falk (admitted pro hac vice)
 1500 Market Street, 38th Floor
 Philadelphia, PA 19102
 Telephone: (215) 972-8415
 turner.falk@saul.com

 *Counsel to Plaintiff*

Dated: July 29, 2025